# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Marvel, L Paige | 2. Court or Organization  United States Tax Court | 3. Date of Report  08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership #1 |
| 2. Custodian | 529 Acct. #4 |
| 3. Trustee | REH Irrevocable Trust |
| 4. Trustee | LHH Revocable Trust |
| 5. Adjunct Professor | Georgetown University Law School - Graduate Tax Program |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Georgetown University Law Center, Compensation for Teaching as adjunct faculty member | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. | 2017 | National Financial Services (Fidelity Investments) distribution |
| 3. | 2017 | Fidelity IRA distribution |
| 4. | 2017 | RBC IRA distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Tax Section | 01/19/2017 - 01/22/2017 | Orlando, FL | Speak at and attend ABA Tax Section Midyear Meeting | Registration, Meal and Reception Tickets (Travel, Lodging & remaining Food reimbursed by the Court) |
| 2. | TP Minds International Conference | 03/07/2017 - 03/9/2017 | London, England | Speak at and attend tax conference | Travel, Lodging, Food |
| 3. | ABA Tax Section | 05/11/2017 - 05/13/2017 | Washington, DC | Speak at and attend ABA Tax Section May Meeting | Registration, Meal and Reception Tickets ( remaining Food reimbursed by the Court) |
| 4. | New York University (NYU) | 06/14/2017 - 06/16/2017 | New York City, NY | Speak at NYU Tax Controversy Forum | Travel, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/13/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | ABA Tax Section | 09/14/2017 - 09/17/2017 | Austin, TX | Speak at and attend ABA Tax Section Fall Meeting | Registration, Meal and Reception Tickets (Travel, Lodging & remaining Food reimbursed by the Court) |
| 6. | California Bar Tax Section | 10/01/2017 - 11/04/2017 | San Diego, CA | Speak at and attend Annual Tax Conference | Travel, Lodging, Food |
| 7. | ABA Tax Section | 12/06/2017 - 12/09/2017 | Las Vegas, NV | Speak at and attend the 7th Annual National Institute on Tax Controversy | Travel, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | A | Interest | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | J | T | | | | | |
| 7. RBC Brokerage Acct. (H): | | | | | | | | | |
| 8. -Shares, Adient PLC | A | Dividend | J | T | | | | | |
| 9. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 10. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 11. -Common, Centerpoint Energy Inc. | A | Dividend | J | T | | | | | |
| 12. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 13. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | K | T | | | | | |
| 14. -Common, General Electric Co. | A | Dividend | J | T | Sold (part) | 12/06/17 | J | A | |
| 15. -Shares, Johnson Controls Intl. PLC | A | Dividend | J | T | | | | | |
| 16. -Shares, Mallinckrodt PLC | | None | | | Sold | 12/06/17 | J | | |
| 17. -Common, Medtronic PLC | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Shares, Pentair PLC | A | Dividend | J | T | | | | | |
| 19.  -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 20.  -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 21.  -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 22.  -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 23.  -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 24.  -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 01/18/17 | J | | |
| 25. | | | | | Sold (part) | 01/24/17 | J | | |
| 26. | | | | | Sold (part) | 02/23/17 | J | | |
| 27. | | | | | Sold (part) | 04/27/17 | J | | |
| 28. | | | | | Sold (part) | 06/30/17 | J | | |
| 29. | | | | | Sold (part) | 07/21/17 | J | | |
| 30. | | | | | Sold (part) | 08/29/17 | J | | |
| 31. | | | | | Sold (part) | 09/26/17 | J | | |
| 32. | | | | | Sold (part) | 11/29/17 | J | | |
| 33. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 34. | | | | | Sold (part) | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/26/17 | J | | |
| 36. | | | | | Sold (part) | 12/27/17 | J | | |
| 37. Fidelity Taxable Account (H) | | | | | | | | | |
| 38. -T Rowe Price Growth Stock Fund | D | Distribution | L | T | Buy (add'l) | 12/14/17 | J | | |
| 39. -T Rowe Price State Tax Free Inc. MD | A | Dividend | J | T | | | | | |
| 40. -Fidelity Government Money Market Fund | A | Dividend | J | T | | | | | |
| 41. Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 42. -Fidelity 500 Index Premium Class (formerly Spartan) | C | Distribution | L | T | | | | | |
| 43. -Fidelity Strategic Real Return | A | Distribution | J | T | | | | | |
| 44. -Fidelity Contrafund | D | Distribution | M | T | Sold (part) | 04/26/17 | J | D | |
| 45. | | | | | Sold (part) | 12/01/17 | J | D | |
| 46. -Fidelity Equity Income | D | Distribution | L | T | Sold (part) | 05/25/17 | J | A | |
| 47. -Fidelity New Millenium | B | Distribution | K | T | | | | | |
| 48. -Fidelity Low Priced Stock | D | Distribution | M | T | Sold (part) | 02/17/17 | J | D | |
| 49. | | | | | Sold (part) | 04/26/17 | J | D | |
| 50. -Fidelity Select Biotechnology | B | Distribution | L | T | | | | | |
| 51. -Fairholme Fund | A | Distribution | K | T | Sold (part) | 09/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oakmark Select | A | Distribution | K | T | | | | | |
| 53. -Permanent Portfolio | | None | | | Sold | 05/25/17 | J | A | |
| 54. -T Rowe Price Health Sciences | D | Distribution | L | T | | | | | |
| 55. -T Rowe Price Cap Appreciation | D | Distribution | M | T | | | | | |
| 56. -T Rowe Price Equity Income | D | Distribution | M | T | Sold (part) | 05/25/17 | J | D | |
| 57. -T Rowe Price Equity Index 500 Fund | B | Distribution | L | T | | | | | |
| 58. -T Rowe Price Intl Discovery Fund | C | Distribution | L | T | Sold (part) | 08/18/17 | J | C | |
| 59. -T Rowe Price New Asia | C | Distribution | K | T | | | | | |
| 60. -T Rowe Price Emerging Markets Stock | A | Distribution | L | T | | | | | |
| 61. -T Rowe Price New Horizons FD Inc | | None | K | T | | | | | |
| 62. -T Rowe Price Science & Technology | B | Distribution | J | T | | | | | |
| 63. -T Rowe Price Small Cap Value Fund | C | Distribution | L | T | | | | | |
| 64. -T Rowe Price Mid Cap Value | B | Distribution | K | T | | | | | |
| 65. -Wasatch Ultra Growth | B | Distribution | K | T | | | | | |
| 66. -Wasatch International Growth | A | Distribution | K | T | | | | | |
| 67. -Fidelity New Markets Income | B | Distribution | K | T | | | | | |
| 68. -Fidelity GNMA Fund | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Total Bond | B | Distribution | L | T | Buy (add'l) | 09/14/17 | J | | |
| 70. -Fidelity Government Income | A | Distribution | J | T | | | | | |
| 71. -Loomis Sayles Bond Retail | B | Distribution | K | T | | | | | |
| 72. -Pimco Real Return Class D | A | Distribution | J | T | | | | | |
| 73. -T Rowe Price High Yield Bond | B | Distribution | K | T | | | | | |
| 74. -T Rowe Price GNMA | A | Distribution | | | Sold | 09/13/17 | J | A | |
| 75. -T Rowe Price Emerging Markets Bond Fund | B | Distribution | K | T | | | | | |
| 76. -T Rowe Price US Treas Intermediate | A | Distribution | K | T | | | | | |
| 77. -Vanguard Inflation Protected Secs Inv | A | Dividend | K | T | | | | | |
| 78. -First Trust Chindia ETF | A | Dividend | J | T | | | | | |
| 79. -IShares MSCI Singapore Capped ETF | A | Dividend | J | T | | | | | |
| 80. -Powershares QQQ TR Unit SER 1 | A | Dividend | J | T | Buy | 08/01/17 | J | | |
| 81. -Wisdomtree TR Emerging MKTS High | A | Dividend | J | T | | | | | |
| 82. -Common, Anavex Life Sciences Corp | | None | J | T | Buy | 04/14/17 | J | | |
| 83. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 84. -JPMorgan Chase & Co Alerian MLP Index | A | Interest | | | Sold | 08/22/17 | J | | |
| 85. -Common, Novocure LTD | | None | | | Sold | 02/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Common, Seaspan Corp. | A | Dividend | | | Sold | 02/13/17 | J | | |
| 87. -Shares, Berkshire Hathaway Inc. CL B | | None | K | T | | | | | |
| 88. -Shares, Dell Technologies Inc. Com CL V | | None | | | Sold | 08/22/17 | J | A | |
| 89. -Shares, Goldman Sachs Group Inc. | A | Dividend | K | T | | | | | |
| 90. -Common, Intrexon Corp. | | None | J | T | | | | | |
| 91. -Shares, Federal Realty Invst Tr. Sh. Ben. Int. | A | Dividend | | | Sold | 07/18/17 | J | D | |
| 92. -Shares, Kimco Realty Corp. | A | Dividend | | | Sold | 02/22/17 | J | A | |
| 93. -Fidelity Cash Reserves | A | Dividend | L | T | Sold (part) | 01/04/17 | J | | |
| 94. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 95. | | | | | Buy (add'l) | 02/17/17 | J | | |
| 96. | | | | | Sold (part) | 02/22/17 | J | | |
| 97. | | | | | Sold (part) | 03/21/17 | J | | |
| 98. | | | | | Sold (part) | 04/17/17 | J | | |
| 99. | | | | | Sold (part) | 04/19/17 | J | | |
| 100. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 101. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 102. | | | | | Sold (part) | 06/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 104. | | | | | Sold (part) | 07/20/17 | K | | |
| 105. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 106. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 107. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 108. | | | | | Sold (part) | 09/14/17 | J | | |
| 109. | | | | | Sold (part) | 10/20/17 | J | | |
| 110. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 111. Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 112. -Shares, CNOOC Limited ADS EACH REP 100 ORD HKDO 02 | A | Dividend | | | Sold | 07/19/17 | J | B | |
| 113. -Common, Berkshire Hathaway | | None | L | T | | | | | |
| 114. -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 115. -Common, Intrexon Corp. | | None | J | T | | | | | |
| 116. -Dreyfus Opportunisti Midcap Value CL A Fund | B | Distribution | K | T | Sold (part) | 10/3/17 | J | C | |
| 117. -Teton Westwood Mighty Mites FD | B | Distribution | K | T | | | | | |
| 118. -Fidelity Cash Reserves | A | Dividend | J | T | Redeemed (part) | 11/20/17 | J | | |
| 119. | | | | | Redeemed (part) | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 121. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 122. RBC IRA Acct. (H): | | | | | | | | | |
| 123. -Ishares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | | | | | |
| 124. -Powershares QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 125. Vanguard Rollover IRA (H): | | | | | | | | | |
| 126. -Shares, Convertible Securities | A | Dividend | K | T | Sold (part) | 06/05/17 | K | C | |
| 127. -Shares, Dividend Growth Fund | D | Distribution | M | T | Buy (add'l) | 06/22/17 | J | | |
| 128. -Shares, Wellesley Income Fund | B | Distribution | L | T | | | | | |
| 129. -Shares, Vanguard Information Technology ETF | A | Dividend | K | T | Buy | 06/08/17 | K | | |
| 130. -Vanguard Federal Money Market Fund (X) | A | Dividend | J | T | | | | | |
| 131. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 132. -Common, Apple, Inc. | A | Dividend | K | T | | | | | |
| 133. -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 134. -Common, Tesla Motors Inc. | | None | J | T | Buy (add'l) | 05/12/17 | J | | |
| 135. -US Govt. Money Market Fund RBC Reserve Class | A | Dividend | J | T | | | | | |
| 136. USAA Investment Acct. (H) (transferred to Fidelity in Dec. 2017): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -USAA Value Fund | A | Distribution | J | T | Redeemed (part) | 04/10/17 | J | A | |
| 138. | | | | | Redeemed (part) | 06/21/17 | J | A | |
| 139. -USAA Nasdaq 100 Index Retail | A | Distribution | J | T | Buy | 04/10/17 | J | | |
| 140. -USAA Science & Technology | A | Distribution | J | T | Buy | 06/21/17 | J | | |
| 141. RBC IRA/A Acct. (H) (rollover to Fidelity in Dec. 2017): | | | | | | | | | |
| 142. -Shares, Advent Claymore Conv Sec & Income Fund | B | Dividend | | | Closed | 12/01/17 | K | | |
| 143. -Shares, Alps ETF Tr Alerian MLP | A | Dividend | | | Closed | 12/01/17 | J | | |
| 144. -Common, Amgen Inc. | A | Dividend | | | Closed | 12/01/17 | K | | |
| 145. -Shares, BCE Inc. New | B | Dividend | | | Closed | 12/01/17 | K | | |
| 146. -Shares, Blackrock Global Energy and Resources Trust | A | Dividend | | | Closed | 12/01/17 | J | | |
| 147. -ETF Managers Trust Purefunds ISE Cyber Sec (Factorshares renamed) | A | Dividend | | | Closed | 12/01/17 | K | | |
| 148. -Note, Citigroup Inc. 6.875% SER K DEP SHS REPSTG 1/1000TH INT | B | Int./Div. | | | Closed | 12/01/17 | K | | |
| 149. -Shares, Doubleline Opportunistic Credit Fund | B | Int./Div. | | | Sold | 11/13/17 | K | | |
| 150. -Shares, First Trust Preferred Securities & Income ETF | B | Dividend | | | Closed | 12/01/17 | K | | |
| 151. -Shares, Eaton Vance Tax Advantaged Dividend Income Fund | B | Dividend | | | Closed | 12/01/17 | K | | |
| 152. -Common, General Electric Co. | A | Dividend | | | Closed | 12/01/17 | J | | |
| 153. -Shares, IShares International Select Dividend ETF | B | Dividend | | | Closed | 12/01/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Note, Lowes Cos. Inc., Due 9/15/17, 6.1% | A | Interest | | | Redeemed | 09/15/17 | J | | |
| 155. -Shares, MFS Value Fund A | A | Distribution | | | Closed | 12/01/17 | L | | |
| 156. -Common, Microsoft Corp. | A | Dividend | | | Closed | 12/01/17 | K | | |
| 157. -Shares, Novartis A G ADR | A | Dividend | | | Closed | 12/01/17 | K | | |
| 158. -Common, Pepsico Incorporated | A | Dividend | | | Closed | 12/01/17 | K | | |
| 159. -Common, Sysco Corporation | A | Dividend | | | Closed | 12/01/17 | K | | |
| 160. -Common, Under Armour Inc. CL A | | None | | | Closed | 12/01/17 | J | | |
| 161. -Common, Under Armour Inc. CL C | | None | | | Closed | 12/01/17 | J | | |
| 162. -Shares, Vanguard Intl. Eq. Index FDS Emerg. Markets Fund | A | Dividend | | | Closed | 12/01/17 | K | | |
| 163. -Shares, Vanguard Sector Index FDS - Vanguard Industrials ETF | A | Dividend | | | Closed | 12/01/17 | K | | |
| 164. -Shares, Vanguard Sect.Index FDS Information Technology ETF | A | Dividend | | | Closed | 12/01/17 | L | | |
| 165. -Common, Verizon Communications | A | Dividend | | | Closed | 12/01/17 | K | | |
| 166. -Shares Victory Portfolios Munder Growth Opportunities FD C | | None | | | Closed | 12/01/17 | J | | |
| 167. -Common, Welltower Inc. (formerly Health Care REIT Inc.) | B | Dividend | | | Closed | 12/01/17 | K | | |
| 168. -Shares, US Govt. Money Market Fund (RBC) | A | Interest | | | Buy (add'l) | 09/18/17 | K | | |
| 169. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 170. | | | | | Closed | 11/30/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. RBC IRA/B Acct. (H) (rollover to Fidelity in Dec. 2017) | | | | | | | | | |
| 172. -Common, AT&T Inc. | B | Dividend | | | Closed | 12/01/17 | K | | |
| 173. -Common, Bristol Meyers Squibb Co. | A | Dividend | | | Closed | 12/01/17 | K | | |
| 174. -Shares, Cohen & Steers Infrastructure Fund Inc. | C | Dividend | | | Closed | 12/01/17 | K | | |
| 175. -Common, Eli Lilly & Co. | A | Dividend | | | Closed | 12/01/17 | K | | |
| 176. -Shares, Gabelli Dividend & Inc Trust | B | Dividend | | | Closed | 12/01/17 | K | | |
| 177. Shares, Gabelli Global Small & Mid Cap Value Tr Com | A | Dividend | | | Closed | 12/01/17 | J | | |
| 178. -Common, General Mills, Inc. | A | Dividend | | | Closed | 12/01/17 | K | | |
| 179. -Common, Gladstone Commercial Corporation | B | Dividend | | | Closed | 12/01/17 | K | | |
| 180. -Common, Johnson & Johnson | A | Dividend | | | Closed | 12/01/17 | K | | |
| 181. -Shares, Pembina Pipeline Corp. | A | Distribution | | | Closed | 12/01/17 | K | | |
| 182. -Shares, Pimco Dynamic Income Fund | C | Dividend | | | Closed | 12/01/17 | K | | |
| 183. -Common, Under Armour Inc. CL A | | None | | | Closed | 12/01/17 | J | | |
| 184. -Common, Under Armour Inc. CL C | | None | | | Closed | 12/01/17 | J | | |
| 185. -Shares, Vanguard World Funds- Vanguard Health Care ETF | A | Dividend | | | Closed | 12/01/17 | L | | |
| 186. -Shares, Vanguard REIT ETF | A | Dividend | | | Closed | 12/01/17 | K | | |
| 187. -Shares Victory Portfolios Munder Growth Opportunities A | | None | | | Closed | 12/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Shares, US Govt. Money Market Fund RBC Reserve Class | A | Dividend | | | Closed | 11/30/17 | L | | |
| 189. Rollover IRA - USAA FSB (H) (rollover to Fidelity in Dec. 2017): | | | | | | | | | |
| 190. -Shares, USAA Science & Technology Retail | | None | | | Buy | 06/26/17 | J | | |
| 191. | | | | | Closed | 12/01/17 | J | | |
| 192. -Shares, USAA Value Fund | A | Distribution | | | Sold (part) | 06/26/17 | J | A | |
| 193. | | | | | Closed | 12/01/17 | J | | |
| 194. Fidelity Rollover IRA (H): | | | | | | | | | |
| 195. -Advent Claymore Conv Secs & Income | | None | | | Open | 12/01/17 | K | | |
| 196. | | | | | Sold | 12/11/17 | K | | |
| 197. -Alps ETF TR Alerian MLP ETF | | None | | | Open | 12/01/17 | J | | |
| 198. | | | | | Sold | 12/08/17 | J | | |
| 199. -Eaton Vance Tax Advt.Div. Income | | None | | | Open | 12/01/17 | K | | |
| 200. | | | | | Sold | 12/11/17 | K | A | |
| 201. -Gabelli GLB SML&MD Cap Val Tr | A | Dividend | | | Open | 12/01/17 | J | | |
| 202. | | | | | Sold | 12/15/17 | J | A | |
| 203. -General Electric Co. | | None | | | Open | 12/08/17 | J | | |
| 204. | | | | | Sold | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -IShares TR INTL Sel Div ETF | | None | | | Open | 12/01/17 | K | | |
| 206. | | | | | Sold | 12/08/17 | K | | |
| 207. -Under Armour Inc. CL C | | None | | | Open | 12/01/17 | J | | |
| 208. | | | | | Sold | 12/11/17 | J | | |
| 209. -Under Armour Inc. CL A | | None | | | Open | 12/01/17 | J | | |
| 210. | | | | | Sold | 12/11/17 | J | | |
| 211. -Victory Munder Multi-Cap CL C | | None | | | Open | 12/01/17 | J | | |
| 212. | | | | | Sold | 12/14/17 | J | D | |
| 213. -Victory Munder Multi Cap FD CL A | | None | | | Open | 12/01/17 | K | | |
| 214. | | | | | Sold | 12/14/17 | K | D | |
| 215. -Welltower Inc. | | None | | | Open | 12/01/17 | K | | |
| 216. | | | | | Sold | 12/15/17 | K | B | |
| 217. -Fidelity OTC Port | | None | L | T | Buy | 12/14/17 | K | | |
| 218. -Fidelity Select Med Technology & Devices | A | Distribution | J | T | Buy | 12/14/17 | J | | |
| 219. -MFS Value Class A | B | Distribution | L | T | Open | 12/01/17 | L | | |
| 220. -USAA Value Fund Retail | A | Distribution | J | T | Open | 12/01/17 | J | | |
| 221. -USAA Science & Technology | A | Distribution | J | T | Open | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Fidelity Capital & Income | A | Dividend | L | T | Buy | 12/14/17 | K | | |
| 223. -Fidelity Total Bond | A | Dividend | M | T | Buy | 12/27/17 | L | | |
| 224. -EFT Managers Tr Prime Cyber Security | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 225. -Vanguard Sector Index FDS Health Care Vipers | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 226. -Vanguard Sector Index FDS IndustrialVipers | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 227. -Vanguard Sector Index FDS Info Technology Vipers | A | Dividend | L | T | Open | 12/01/17 | L | | |
| 228. -Vanguard Intl Equity Index Fund Emerging Markets ETF | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 229. -First TR PFD Secs & Income ETF | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 230. -Vanguard Index FDS REIT ETF | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 231. -Common, Amgen, Inc. | | None | K | T | Open | 12/01/17 | K | | |
| 232. -Common, Blackrock Energy & Res TR | A | Dividend | J | T | Open | 12/01/17 | J | | |
| 233. -Common, Bristol Myers Squibb | | None | K | T | Open | 12/01/17 | K | | |
| 234. -Common, Cohen & Steers Infrastructure | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 235. -Common, Gabelli Div&Income TR | | None | K | T | Open | 12/01/17 | K | | |
| 236. -Common, Johnson & Johnson | | None | K | T | Open | 12/01/17 | K | | |
| 237. -Common, Eli Lilly & Co. | | None | K | T | Open | 12/01/17 | K | | |
| 238. -Common, Microsoft Corp. | | None | K | T | Open | 12/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Common, Novartis A G Sponsored ADR | | None | K | T | Open | 12/01/17 | K | | |
| 240. -Common, Pembina Pipeline Corp. | | None | K | T | Open | 12/01/17 | K | | |
| 241. -Common, Pepsico Inc. | | None | K | T | Open | 12/01/17 | K | | |
| 242. -Common, Sysco Corp. | | None | K | T | Open | 12/01/17 | K | | |
| 243. -Preferred, Citigroup Inc. DEP 6.87500% PFD | | None | K | T | Open | 12/01/17 | K | | |
| 244. -Common, Gladstone Coml Corp. | A | Dividend | K | T | Open | 12/01/17 | K | | |
| 245. -Core Account (FDIC Insured Bank Accts.) | A | Interest | M | T | Buy | 12/01/17 | M | | |
| 246. | | | | | Buy (add'l) | 12/08/17 | L | | |
| 247. | | | | | Buy | 12/11/17 | K | | |
| 248. | | | | | Sold (part) | 12/15/17 | K | | |
| 249. | | | | | Sold (part) | 12/27/17 | L | | |
| 250. Vanguard Investment Acct. (H): | | | | | | | | | |
| 251. -Shares, Balanced Index Fund | A | Dividend | J | T | | | | | |
| 252. -Shares, Prime Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 253. -Shares, Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 254. -Shares, IShares Technology ETF | A | Dividend | J | T | | | | | |
| 255. ▨ 1 RBC Acct. (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Shares, Berkshire Hathaway CL B Inc. | | None | | | Closed | 06/29/17 | K | | |
| 257.  2 RBC Acct. (H): | | | | | | | | | |
| 258. -Shares, Berkshire Hathaway CL B Inc. | | None | | | Closed | 06/07/17 | K | | |
| 259. 529 Acct. - Vanguard  Income Fund | A | Dividend | J | T | | | | | |
| 260. REH Irrevocable Trust (H): | | | | | | | | | |
| 261. - Fidelity Inherited IRA (H): | | | | | | | | | |
| 262. --Shares, Fidelity Low Priced Stock Fund | C | Dividend | | | Sold | 11/14/17 | K | E | |
| 263. --Fidelity Cash Reserves | A | Dividend | | | Buy (add'l) | 11/14/17 | K | | |
| 264. | | | | | Redeemed | 12/26/17 | K | | |
| 265. -Promissory Note from Vicki A. Marvel, 6% | | None | K | T | | | | | |
| 266. -M&T Money Market Acct. | A | Interest | K | T | | | | | |
| 267. LHH Revocable Trust (H): | | | | | | | | | |
| 268. -Fidelity Roth IRA (H): | | | | | | | | | |
| 269. --Shares, Fidelity Contrafund | B | Distribution | K | T | | | | | |
| 270. --Share, Fidelity Focused Stock Fund | A | Distribution | J | T | | | | | |
| 271. --Shares, Fidelity Select Biotechnology | A | Distribution | J | T | | | | | |
| 272. -M&T Money Market Acct. | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -TIC Fidelity Trust Acct (H).: | | | | | | | | | |
| 274. --Shares, Fidelity Municipal Inc. | A | Dividend | | | Sold | 12/13/17 | K | A | |
| 275. --Shares, Fidelity Government Income | A | Dividend | | | Sold | 12/04/17 | J | | |
| 276. --Shares, Fidelity Intermediate Muni Income | A | Dividend | | | Sold | 12/13/17 | J | A | |
| 277. --Shares, Fidelity Capital & Income | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 278. --Shares, Fidelity OTC Port | | None | K | T | Buy | 12/13/17 | K | | |
| 279. --Shares, Fidelity Select Medical Equipment & System | A | Distribution | J | T | Buy | 12/13/17 | J | | |
| 280. --Fidelity Cash Reserves | A | Interest | J | T | Buy (add'l) | 12/05/17 | J | | |
| 281. | | | | | Sold (part) | 12/14/17 | J | | |
| 282. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2017 Report, lines 141-193 : I rolled over my two IRA accounts at RBC and my IRA account at USAA to Fidelity in December 2017, and consolidated them into a newly established Fidelity IRA Rollover account for convenience and ease of management. The effects of the rollover are reflected in a new listing for the Fidelity IRA Rollover Account at lines 194-249. The transfer of each individual asset out of the old accounts is reflected by the word "Closed" and the receipt of each individual asset by Fidelity is reflected by the word "Open". The values shown are the values on the dates that the assets were transferred from the old accounts to the new Fidelity account. No gain or loss is reported because the assets were not sold or otherwise disposed of but were simply transferred between financial institutions. Any income earned and any purchases or sales made are properly reported in the accounts where the income was earned and the purchases or sales were made.

2017 Report, lines 136-140: In December 2017, I transferred all of the the assets in my USAA investment account to a newly established Fidelity investment account. I did not separately list the assets again in the Fidelity investment account but showed the change in the header.

2017 Report, part VII: For certain investments paying both capital gains distributions and dividends, the income has been aggregated and shown as distributions to simplify reporting.

2017 Report, part VII, lines 255-258 : I show these RBC custodial accounts as closed. The assets in the custodial accounts were transferred into new accounts in _____ names and will no longer be shown on this report. _____ ; consequently ___ assets are not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544